EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2025 TSPR 77 |
| | 216 DPR ___ |
| Luis R. Cruz Jiménez | |

Número del Caso:  TS-1,995


Fecha:  31 de julio de 2025


Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director


Representante legal del Sr. Luis R. Cruz Jiménez:

    Por derecho propio


Materia:  Conducta Profesional – Suspensión inmediata e indefinida del ejercicio de la notaría.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Luis R. Cruz Jiménez

TS-1,995

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2025.

Examinada la *Moción Solicitando Prórroga* presentada por el Lcdo. Luis R. Cruz Jiménez, así como la *Moción notificando incumplimiento de orden y reiterando solicitud de remedios* presentada por el Director de la Oficina de Inspección de Notarías (ODIN), Lcdo. Manuel E. Ávila De Jesús, se decreta la suspensión inmediata e indefinida del ejercicio de la notaría del Lcdo. Luis R. Cruz Jiménez.

La fianza notarial del licenciado Cruz Jiménez queda automáticamente cancelada y se considerará buena y válida por tres años después de la terminación en cuanto a actos realizados por el letrado durante el periodo en que la misma estuvo vigente.

Se le ordena al licenciado Cruz Jiménez a que notifique a quienes hayan procurado sus servicios notariales de su inhabilidad para atender los trabajos pendientes y que devuelva aquellos honorarios notariales recibidos por trabajos aún no rendidos.

Se refiere este asunto a un proceso de desacato civil ante el Tribunal de Primera Instancia, Sala Superior de San Juan.

Por otro lado, se concede al licenciado Cruz Jiménez un término de diez (10) días, contado a partir de la notificación de esta Resolución, para que muestre causa por la cual no debe ser suspendido de la abogacía. En el mismo término, el licenciado Cruz Jiménez deberá informar si ha ejercido la notaría desde que se decretó la incautación de su obra protocolar el pasado 12 de mayo de 2025, incluyendo las gestiones notariales que haya realizado, si alguna.

Se ordena que el Alguacil de este Tribunal incaute el sello notarial que conserva el licenciado Cruz Jiménez, así

como cualquier obra notarial que el licenciado Cruz Jiménez haya realizado, adicional a la incautada previamente. El Alguacil deberá entregar lo anterior a la ODIN para la correspondiente investigación e informe.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo